MILLARD F. WINDSOR et al., Respondents, *v.* NEW YORK
CENTRAL AND HUDSON RIVER RAILROAD COMPANY,
Appellant.

*Windsor* v. *N. Y. C. & H. R. R. R. Co.*, 163 App. Div. 930, affirmed.
(Argued March 9, 1917; decided March 27, 1917.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered May 26, 1914, affirming a judgment in favor of
plaintiffs entered upon a decision of the court on trial at
Special Term adjudging that the acts of the defendant in
locking the pens in its sheep house in which sheep con-
signed to the plaintiffs were being kept was an unlawful
discrimination against the plaintiffs and enjoining the
defendant from locking such pens during market hours,
unless all pens assigned to the competitors of the plain-
tiffs were likewise locked. The judgment also enjoined
the defendant from discriminating between the plaintiffs
and their competitors in business with respect to access to
sheep pens unless the defendant should make and enforce
a general rule applicable alike to the plaintiffs and all of
their competitors.

*Irving W. Cole* for appellant.

*John Lord O'Brian* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN,
CARDOZO, McLAUGHLIN and CRANE, JJ.